UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CORDIS CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEMS INC.,<br><br>　　　　Defendants. | Civil Action No. 07-2265 (JAP)<br>　　　　　　　　07-2477 (JAP)<br>　　　　　　　　07-2728 (JAP)<br><br>**CLERK'S ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO TAX COSTS** |
| WYETH and CORDIS CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEMS INC.,<br><br>　　　　Defendants. | Civil Action No. 07-5636 (JAP) |

　　　　**THIS MATTER** has come before the Clerk on the motion [Dkt. Entry 150] of Defendants Abbott Laboratories and Abbott Cardiovascular Systems Inc. to tax costs pursuant to Federal Rule of Civil Procedure 54(d) and Local Civil Rule 54.1; and Plaintiffs Wyeth and Cordis Corporation having contested same;

　　　　**IT IS** this 6th day of **JUNE 2014**;

　　　　**ORDERED** that the motion of Defendants be and is hereby **GRANTED IN PART AND DENIED IN PART** for the reasons set forth in the Clerk's Opinion [Dkt. Entry 162] filed same date;

**FURTHER ORDERED** that pursuant to Federal Rule of Civil Procedure 58(b), the Clerk enters judgment in favor of Defendants **ABBOTT LABORATORIES** and **ABBOTT CARDIOVASCULAR SYSTEMS INC.** and against Plaintiffs **WYETH** and **CORDIS CORPORATION** in the amount of **$127,855.95**.

                                              By:  S/William T. Walsh
                                                          Clerk