Donald A. Robinson
Keith J. Miller
ROBINSON, WETTRE & MILLER LLC
One Newark Center, 19th Floor
Newark, NJ 07102
(973) 690-5400

David T. Pritikin
William H. Baumgartner, Jr.
Russell E. Cass
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000

*Attorneys for Plaintiffs*
*Wyeth and Cordis Corporation*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WYETH and CORDIS CORPORATION,<br><br>Plaintiffs<br><br>vs.<br><br>ABBOTT LABORATORIES, ABBOTT CARDIOVASCULAR SYSTEMS, INC.,<br><br>Defendants | Civil Action No. 3:07-CV-2265-JAP-TJB<br>Civil Action No. 3:07-CV-2477-JAP-TJB<br>Civil Action No. 3:07-CV-2728-JAP-TJB<br><br>Judge Joel A. Pisano<br>Magistrate Judge Tonianne J. Bongiovanni<br><br>WARRANT OF SATISFACTION:<br>LOCAL CIVIL RULE 79.3(a) |
| WYETH and CORDIS CORPORATION,<br><br>Plaintiffs<br><br>vs.<br><br>ABBOTT LABORATORIES, ABBOTT CARDIOVASCULAR SYSTEMS, INC.,<br><br>Defendants | Civil Action No. 3:07-CV-05636-JAP-TJB<br><br>Judge Joel A. Pisano<br>Magistrate Judge Tonianne J. Bongiovanni |

WHEREAS, a judgment for taxed costs was entered in the above-entitled action on June 6, 2014 in favor of Abbott Laboratories and Abbott Cardiovascular Systems, Inc. and against Wyeth and Cordis Corporation in the amount of $127,855.95, having been paid by an agreed reduced amount;

THEREFORE, full and complete satisfaction of that judgment is hereby acknowledged, and the Clerk of the Court is authorized and directed to make entry on the docket of the full and complete satisfaction of that judgment.

Dated: June 26, 2014

Thomas R. Curtin
Graham Curtin, P.A.
P. O. Box 1991
Morristown, New Jersey 07962
(973) 292-1700
tcurtin@grahamcurtin.com

Counsel for Abbott Laboratories, Abbott Cardiovascular Systems, Inc. and Abbott Laboratories, Inc.

Dated: 6/30/2014

Donald A. Robinson
Robinson, Wettre & Miller LLC
One Newark Center, 19th Floor
Newark, New Jersey 07102
(973) 690-5400
drobinson@rwmlegal.com

Counsel for Wyeth and Cordis Corporation

I CERTIFY that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 26, 2014

Thomas R. Curtin
Graham Curtin, P.A.
P. O. Box 1991
Morristown, New Jersey 07962
(973) 292-1700
tcurtin@grahamcurtin.com

Counsel for Abbott Laboratories, Abbott Cardiovascular Systems, Inc. and Abbott Laboratories, Inc.

Dated: 6/30/2014

Donald A. Robinson
Robinson, Wettre & Miller LLC
One Newark Center, 19th Floor
Newark, New Jersey 07102
(973) 690-5400
drobinson@rwmlegal.com

Counsel for Wyeth and Cordis Corporation